United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

HARRY H. DALLY, 132212,

    Plaintiff,

v.

EL DORADO COUNTY LAW ENFORCEMENT, et al.,

    Defendant(s).

Case No. 18-cv-00647-SK (PR)

**ORDER OF TRANSFER**

Plaintiff, a prisoner at El Dorado County Jail in South Lake Tahoe, California, has filed a pro se complaint under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of El Dorado, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: February 27, 2018

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge